IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODDA MOORE, and TERRELL AIKEN, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>INDEPENDENCE BLUE CROSS, LLC d/b/a INDEPENDENCE BLUE CROSS,<br><br>Defendant. | No. 2:23-cv-00566<br><br>(Judge Scott) |

### PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiffs, Jodda Moore and Terrell Aiken, by and through their counsel, Mobilio Wood, and Cohn Lifland Pearlman Herrmann & Knopf LLP, respectfully request that this Honorable Court enter an Order: (1) certifying the Settlement Class[1] pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), for settlement purposes only; (2) granting final certification of the Settlement Collective pursuant to Section 216(b) of the Fair Labor Standards Act, for settlement purposes only; (3) granting final approval of the proposed settlement; (4) appointing Mobilio Wood, and Cohn Lifland Pearlman Herrmann & Knopf LLP, as Class Counsel; (5) approving Plaintiffs' requested service awards; (6) approving Class Counsel's requested attorneys' fees and costs; and (7) approving the Administrator's requested fees.

---

[1] Capitalized terms not otherwise defined in this Order shall have the same meaning as ascribed to them in the parties Settlement Agreement and Release ("Settlement Agreement"). See (Doc. 31-1).

In support of this motion, Plaintiffs rely on their Brief in Support of Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement, filed contemporaneously herewith.

                                                        Respectfully submitted,

Date: 10/8/2024         BY:    */s/ Peter C. Wood, Jr.*
                                             Peter C. Wood, Jr., Esq. (PA 310145)
                                             **MOBILIO WOOD**
                                             900 Rutter Ave., Box 24
                                             Forty Fort, PA 18704
                                             Phone: (570) 234-0442
                                             Fax: (570) 266-5402
                                             peter@mobiliowood.com

                                             *Co-Counsel for Plaintiffs Jodda Moore*
                                             *and Terrell Aiken*

Date: 10/8/2024         BY:    */s/ Alex A. Pisarevsky*
                                             Alex A. Pisarevsky, Esq. (NJ 029262008)
                                             (Admitted *Pro Hac Vice*)
                                             **COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
                                             Park 80 West-Plaza One
                                             250 Pehle Avenue, Suite 401
                                             Saddle Brook, NJ 07663
                                             Phone: (201) 845-9600
                                             Fax: (201) 845-9423
                                             ap@njlawfirm.com

                                             *Co-Counsel for Plaintiffs Jodda Moore*
                                             *and Terrell Aiken*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODDA MOORE, and TERRELL AIKEN, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>INDEPENDENCE BLUE CROSS, LLC d/b/a INDEPENDENCE BLUE CROSS,<br><br>Defendant. | No. 2:23-cv-00566<br><br>(Judge Scott) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of October, 2024, the foregoing Unopposed Motion for Final Approval of Class and Collective Action Settlement was electronically filed and served on the following counsel of record via the Court's ECF system:

Joe H. Tucker, Jr., Esq.
Jessica A. Rickabaugh, Esq.
Tucker Law Group
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
jtucker@tlgattorneys.com
JRickabaugh@tlgattorneys.com

Date: 10/8/2024        BY:    */s/ Peter C. Wood, Jr.*
                              Peter C. Wood, Jr., Esq. (ID No. 310145)
                              **MOBILIO WOOD**
                              900 Rutter Ave., Box 24
                              Forty Fort, PA 18704
                              Phone: (570) 234-0442
                              Fax: (570) 266-5402
                              peter@mobiliowood.com

                              *Co-Counsel for Plaintiffs Jodda Moore and Terrell Aiken*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODDA MOORE, and TERRELL AIKEN, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>INDEPENDENCE BLUE CROSS, LLC d/b/a INDEPENDENCE BLUE CROSS,<br><br>Defendant. | No. 2:23-cv-00566<br><br>(Judge Scott) |

## CERTIFICATION OF UNCONTESTED MOTION

Pursuant to Local Rule 7.1, the undersigned hereby certifies that Plaintiffs' counsel conferred with counsel for Defendant prior to filing Plaintiff's Unopposed Motion for Final Approval of Class and Collective Action Settlement, and that Defendant does not oppose the relief sought in Plaintiffs' motion.

Date: 10/8/2024            BY:    */s/ Peter C. Wood, Jr.*
                                  Peter C. Wood, Jr., Esq. (ID No. 310145)
                                  **MOBILIO WOOD**
                                  900 Rutter Ave., Box 24
                                  Forty Fort, PA 18704
                                  Phone: (570) 234-0442
                                  Fax: (570) 266-5402
                                  peter@mobiliowood.com

                                  *Co-Counsel for Plaintiffs Jodda Moore*
                                  *and Terrell Aiken*